■ WARREN FARGO, as Superintendent of Schools of Watertown City School District, Respondent, v WATERTOWN EDUCATION ASSOCIATION et al., Appellants.—Order unanimously reversed on the law with costs and cross motion denied. Memorandum: Supreme Court erred in granting summary judgment to plaintiff before issue had been joined *(see,* CPLR 3212 [a]). The fact that defendants moved for an order of dismissal pursuant to CPLR 3211 (a) did not authorize Supreme Court to entertain plaintiff's cross motion for summary judgment *(see, City of Rochester v Chiarella,* 65 NY2d 92, 101-102). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Permanent Injunction.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.